HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
BERIT L. ELAM
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel:  916-498-5700/Fax 916-498-5710
linda_harter@fd.org

Attorney for Defendant
ALEKSANDR MIDASOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  14-mj-00141-DAD |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| vs. | ) ) | |
| ALEKSANDR MIDASOV, | ) ) | Date:  September 2, 2014 Time:  10:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED between the parties through their respective counsel, LAURA HUGGINS, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for ALEKSANDR MIDASOV, that the Court continue Mr. Midasov's September 2, 2014 change of plea hearing to Tuesday, September 23, 2014 at 10:00 a.m..

Mr. Midasov was prepared to change his plea after the parties reached an agreement.  In order to achieve the mutually desired resolution, Mr. Midasov requires additional time to pay off his California Department of Motor Vehicles fines.

Speedy trial time is to be excluded from the date of this stipulation through the date of the change of plea hearing proposed for September 23, 2014 pursuant to 18 U.S.C. § 3161

(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated:  August 29, 2014                    Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/   Linda C. Harter*
                                                LINDA C. HARTER
                                                Chief Assistant to the Federal Defender
                                                Attorney for Defendant
                                                ALEXSANDR MIDASOV

Dated:  August 29, 2014                    BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/   Laura Huggins*
                                                LAURA HUGGINS
                                                Special Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including September 23, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).  It is further ordered that the change of plea hearing set for September 2, 2014 shall be continued to September 23, 2014, at 10:00 a.m.

Dated:  August 29, 2014

Dad1.crim
Misadov0141.stipo.cont.cop

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE