HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
BERIT L. ELAM
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel:  916-498-5700/Fax 916-498-5710
linda_harter@fd.org

Attorney for Defendant
ALEKSANDR MIDASOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  14-mj-00141-DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **TO CONTINUE CHANGE OF PLEA** |
| vs. | ) | **HEARING** |
| | ) | |
| ALEKSANDR MIDASOV, | ) | Date:   September 30, 2014 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, LAURA HUGGINS, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for ALEKSANDR MIDASOV, that due to the Court's unavailability on September 23, 2014 the Court hereby continues the change of plea hearing to Tuesday, September 30, 2014 at 10:00 a.m..

Mr. Midasov was prepared to change his plea after the parties reached an agreement.  In order to achieve the mutually desired resolution, Mr. Midasov requires additional time to pay off his California Department of Motor Vehicles fines.

Speedy trial time is to be excluded from the date of this stipulation through the date of the change of plea hearing proposed for September 30, 2014 pursuant to 18 U.S.C. § 3161

-1-

1    (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

2    Dated:  September 2, 2014                    Respectfully submitted,

3                                                 HEATHER E. WILLIAMS
                                                  Federal Defender
4

5                                                 /s/  Linda C. Harter
                                                  LINDA C. HARTER
6                                                 Chief Assistant to the Federal Defender
                                                  Attorney for Defendant
7                                                 FELICIA BERNSTINE

8    Dated:  September 2, 2014                    BENJAMIN B. WAGNER
                                                  United States Attorney
9

10                                                /s/  Laura Huggins_____
                                                  LAURA HUGGINS
11                                                Special Assistant United States Attorney

12                                   **ORDER**

13          The Court, having received, read, and considered the stipulation of the parties, and good

14   cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The

15   Court specifically finds that the failure to grant a continuance in this case would deny counsel

16   reasonable time necessary for effective preparation, taking into account the exercise of due

17   diligence.  The Court finds that the ends of justice to be served by granting the requested

18   continuance outweigh the best interests of the public and defendant in a speedy trial.

19          The Court orders that the time from the date of the parties' stipulation, up to and

20   including September 30, 2014, shall be excluded from computation of time within which the trial

21   of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §

22   3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).  It is further ordered that the

23   change of plea hearing set for September 23, 2014 shall be continued to September 30, 2014, at

24   10:00 a.m.

25   Dated:  September 3, 2014

26                                   _____
                                     DALE A. DROZD
27   dad1.crim                       UNITED STATES MAGISTRATE JUDGE
     midasov0141.stipo.cont.cop2
28